McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAAN SABRI, | Case No.: 2:18-cv-469 TLN |
| Plaintiff, | |
| v. | |
| MONICA TORO, et al., | **JOINT STIPULATION AND ORDER RE: DISMISSAL** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties stipulate to dismissal of this action.

Dated: October 22, 2018          Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant United States Attorney

s/ Chien-Yu Michael Wang
CHIEN-YU MICHAEL WANG
Attorney for the Plaintiff

ORDER

It is so ordered.

Dated:

_____
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE